**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
KIMBERLYNE GREENWOOD ROUNDTREE  
STEVEN DEVAN ROUNDTREE  

Case Number: 20-30846  

Chapter 13  

SSN# : XXX-XX-9701  
SSN# : XXX-XX-9857  

**MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN AND**
**DESIGNATION OF MINIMUM UNSECURED PERCENTAGE DIVIDEND**

The undersigned trustee in the above-referenced Chapter 13 case reports that she has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as she believes proper under applicable law.

The plan as confirmed should pay a minimum dividend of at least twenty-five percent (25%) to the general unsecured creditors.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Asserted Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | 46 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| AMERICAN EXPRESS NATIONAL BANK | 13 | 16 | U-Unsecured | 80 | $5,199.16 | Pay by Trustee | 4000 |
| AMERICAN EXPRESS NATIONAL BANK | 14 | 11 | U-Unsecured | 80 | $2,933.32 | Pay by Trustee | 2005 |
| BANK OF AMERICA | 47 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| BANK OF AMERICA NA | 15 | 20 | U-Unsecured | 80 | $21,472.85 | Pay by Trustee | 2947 |
| BANK OF AMERICA NA | 16 | 15 | U-Unsecured | 80 | $19,853.75 | Pay by Trustee | 9643 |
| BANK OF AMERICA NA | 17 | 14 | U-Unsecured | 80 | $12,067.15 | Pay by Trustee | 5005 |
| BANK OF AMERICA NA | 18 | 21 | U-Unsecured | 80 | $6,746.91 | Pay by Trustee | 6367 |
| BROCK AND SCOTT PLLC | 66 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| CABARRUS COUNTY TAX COLLECTOR | 9 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 9857 |
| CAPITAL ONE | 49 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| CAPITAL ONE BANK USA NA | 19 | 9 | U-Unsecured | 80 | $2,334.43 | Pay by Trustee | 1361 |
| CAVALRY PORTFOLIO SERVICES | 48 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 4977 |
| CAVALRY SPV I LLC | 20 | 25 | U-Unsecured | 80 | $1,266.19 | Pay by Trustee | 3467 |
| CAVALRY SPV I LLC | 21 | 2 | U-Unsecured | 80 | $4,702.81 | Pay by Trustee | 3038 |
| CAVALRY SPV I LLC | 22 | 1 | U-Unsecured | 80 | $2,505.16 | Pay by Trustee | 4977 |
| CHASE | 51 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| CITIBANK | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2830 |
| CITIBANK NA | 52 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| DEPT OF EDUCATION - NELNET | 53 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| DEPT OF EDUCATION - NELNET | 38 | | E-Educational Loans | 98 | $0.00 | PAY OUTSIDE | 4503 |
| DEPT OF EDUCATION - NELNET | 39 | | E-Educational Loans | 98 | $0.00 | PAY OUTSIDE | 4603 |

CASE NO:  20-30846                    DEBTORS: KIMBERLYNE GREENWOOD ROUNDTREE AND STEVEN DEVAN ROUNDTREE

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Asserted Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| DIANA A SAFFA ESQ | 1 | | B-Base Attorney Fee(s) | 20 | $4,500.00 | $3,050.00 INSIDE / $1,450.00 OUTSIDE | 4500 |
| DISCOVER BANK | 26 | 13 | U-Unsecured | 80 | $2,966.54 | Pay by Trustee | 4368 |
| DISCOVER BANK | 27 | 12 | U-Unsecured | 80 | $398.32 | Pay by Trustee | 6952 |
| DISCOVER FINANCIAL | 54 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| FOUNDERS FEDERAL CREDIT UNION | 55 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| FOUNDERS FEDERAL CREDIT UNION | 28 | 7 | U-Unsecured | 80 | $20,294.55 | Pay by Trustee | 0601 |
| FOUNDERS FEDERAL CREDIT UNION | 29 | 6 | U-Unsecured | 80 | $20,125.41 | Pay by Trustee | 2901 |
| FOUNDERS FEDERAL CREDIT UNION | 30 | 5 | U-Unsecured | 80 | $7,088.98 | Pay by Trustee | 2917 |
| FOUNDERS FEDERAL CREDIT UNION | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2916 |
| FOUNDERS FEDERAL CREDIT UNION | 6 | 8 | S-Secured-Pro-Rata | 98 | $4,768.17 | PAY OUTSIDE | 0630 |
| FREEDOM MORTGAGE | 44 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 0669 |
| FREEDOM MORTGAGE CORP | 65 | | F-Mortgage Fees/Expen | 50 | $450.00 | Pay by Trustee | 0669 |
| FREEDOM MORTGAGE CORP | 3 | 27 | m-Mortgage Pre-Petition | 50 | $27,151.90 | Pay by Trustee | 0669 |
| FREEDOM MORTGAGE CORP | 4 | 27 | q-Mortgage Admin/Gap | 50 | $8,505.75 | Pay by Trustee | 0669 |
| FREEDOM MORTGAGE CORP | 5 | 27 | M-Mortgage | 30 | $469,397.39 | CONDUIT | 0669 |
| FREEDOM ROAD FINANCIAL | 45 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 1525 |
| FREEDOMROAD FINANCIAL | 7 | 17 | C-Car /Other (910/365) | 50 | $2,594.28 | Pay by Trustee | 0984 |
| INTERNAL REVENUE SERVICE | 10 | 18 | P-Priority | 70 | $2,707.39 | Pay by Trustee | 9701 |
| INTERNAL REVENUE SERVICE | 11 | 18 | U-Unsecured | 80 | $49,403.10 | Pay by Trustee | 9701 |
| JPMORGAN CHASE BANK NA | 23 | 24 | U-Unsecured | 80 | $5,014.23 | Pay by Trustee | 7005 |
| JPMORGAN CHASE BANK NA | 24 | 23 | U-Unsecured | 80 | $1,416.36 | Pay by Trustee | 2405 |
| LVNV FUNDING LLC | 35 | 26 | U-Unsecured | 80 | $2,880.69 | Pay by Trustee | 3574 |
| MICHAEL ROUNDTREE | 63 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| NAVIENT | 40 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1210 |
| NAVIENT SOLUTIONS INC | 56 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| NAVY FEDERAL CREDIT UNION | 32 | 4 | U-Unsecured | 80 | $4,493.26 | Pay by Trustee | 6244 |
| NAVY FEDERAL CREDIT UNION | 33 | 3 | U-Unsecured | 80 | $17,541.40 | Pay by Trustee | 2321 |
| NC DEPARTMENT OF REVENUE | 12 | 19 | P-Priority | 70 | $1,298.75 | Pay by Trustee | 9701 |
| NC DEPARTMENT OF REVENUE | 64 | 19 | U-Unsecured | 80 | $255.60 | Pay by Trustee | 9701 |
| NEXSEN PRUET, PLLC | 58 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| NISSAN MOTOR ACCEPTANCE CORP | 8 | 22 | C-Car /Other (910/365) | 50 | $30,934.67 | Pay by Trustee | 5376 |
| PIEDMONT ADVANTAGE CREDIT UNION | 34 | 10 | U-Unsecured | 80 | $3,985.17 | Pay by Trustee | 0121 |
| SYNCHRONY BANK | 59 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| U.S. ATTORNEY'S OFFICE | 60 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |

CASE NO:  20-30846         DEBTORS: KIMBERLYNE GREENWOOD ROUNDTREE AND STEVEN DEVAN ROUNDTREE

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Asserted Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| US DEPT OF ED/GLELSI | 41 | | E-Educational Loans | 98 | $0.00 | PAY OUTSIDE | 8581 |
| US DEPT OF ED/GLELSI | 42 | | E-Educational Loans | 98 | $0.00 | PAY OUTSIDE | 0581 |
| US DEPT OF ED/GLELSI | 43 | | E-Educational Loans | 98 | $0.00 | PAY OUTSIDE | 1577 |
| US DEPT OF EDUCATION | 62 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| USAA FEDERAL SAVINGS BANK | 61 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| USAA FEDERAL SAVINGS BANK | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9745 |
| USAA FEDERAL SAVINGS BANK | 37 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9760 |

   Wherefore, the trustee respectfully requests that the Court classify the claims for payment by the trustee as set forth herein; designate the minimum percentage dividend to be paid to the general unsecured creditors; and that it grant such other and further relief as is appropriate and just.

Dated: December 06, 2021                                JENNY P. HOLMAN
                                                        Standing Chapter 13 Trustee
                                                        5970 Fairview Road, Suite 650
                                                        Charlotte, NC  28210-2100

CASE NO: 20-30846  DEBTORS: KIMBERLYNE GREENWOOD ROUNDTREE AND STEVEN DEVAN ROUNDTREE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
KIMBERLYNE GREENWOOD ROUNDTREE  
STEVEN DEVAN ROUNDTREE  
SSN# : XXX-XX-9701  
SSN# : XXX-XX-9857

Case Number: 20-30846

Chapter 13

**NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN AND**
**DESIGNATION OF MINIMUM UNSECURED PERCENTAGE DIVIDEND**

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan and for designation of minimum unsecured percentage dividend.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by January 12, 2022 at the following address:

CLERK, U.S. BANKRUPTCY COURT  
401 W TRADE ST.  
CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, January 11, 2022 at 10:00 am at the following address.

CHARLES JONAS FEDERAL BUILDING  
3-LTB COURTROOM 2A  
401 WEST TRADE STREET  
CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: December 06, 2021  
JENNY P. HOLMAN  
Standing Chapter 13 Trustee  
By:  A. Copsis

CASE NO: 20-30846   DEBTORS: KIMBERLYNE GREENWOOD ROUNDTREE AND STEVEN DEVAN ROUNDTREE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:   Case Number: 20-30846

KIMBERLYNE GREENWOOD ROUNDTREE
STEVEN DEVAN ROUNDTREE   Chapter 13
SSN# : XXX-XX-9701
SSN# : XXX-XX-9857

## CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on December 10, 2021 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: December 10, 2021

A. Copsis
Office of the Chapter 13 Trustee

AMERICAN EXPRESS NATIONAL BANK, C/O BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355
AMERICAN EXPRESS, PO BOX 981540, EL PASO, TX 79998
BANK OF AMERICA NA, PO BOX 15102, Wilmington, DE 19886
BANK OF AMERICA NA, PO BOX 982284, EL PASO, TX 79998-2238
BANK OF AMERICA, 4909 SAVARESE CIR, TAMPA, FL 33634
BROCK AND SCOTT PLLC, ATTORNEYS AT LAW, 8757 RED OAK BLVD SUITE 150, CHARLOTTE, NC 28217
CABARRUS COUNTY TAX COLLECTOR, 65 CHURCH STREET SOUTHEAST, CONCORD, NC 28025
CAPITAL ONE BANK (USA) NA, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
CAPITAL ONE BANK USA NA, BY AMERICAN INFOSOURCE LP, PO BOX 71083, CHARLOTTE, NC 28272
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
CAVALRY PORTFOLIO SERVICES, 500 SUMMIT LAKE DRIVE STE 400, VALHALLA, NY 10595
CAVALRY SPV I LLC, 500 SUMMIT LAKE DRIVE STE 400, VALHALLA, NY 10595
CAVALRY SPV I LLC, BASS & ASSOCIATES PC, 3936 E FT LOWELL ROAD SUITE #200, TUCSON, AZ 85712
CAVALRY SPV I LLC, PO BOX 27288, TEMPE, AZ 85282
CAVALRY SPV I, LLC, as assignee of Citibank, NA, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595
CHASE, PO BOX 15298, WILMINGTON, DE 19850
CITIBANK NA, PO BOX 790034, ST LOUIS, MO 63179
CITIBANK, PO BOX 6217, Sioux Falls, SD 57117
DEPT OF EDUCATION - NELNET, P.O. BOX 82561, LINCOLN, NE 68501
DIANA A SAFFA ESQ (served electronically)
DISCOVER BANK, PO BOX 3025, NEW ALBANY, OH 43054
DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, NY 43054
FOUNDERS FEDERAL CREDIT UNION, 737 PLANTATION ROAD, LANCASTER, SC 29720
FREEDOM MORTGAGE CORP, ATTN: PAYMENT PROCESSING, 10500 KINCAID BLVD, FISHERS, IN 46037
FREEDOM MORTGAGE CORPORATION, 10500 KINCAID DRIVE, FISHERS, IN 46038
FREEDOM MORTGAGE, PO BOX 619063, Dallas, TX 75261
FREEDOM ROAD FINANCIAL, 10509 PROFESSIONAL CIRCLE STE 202, RENO, NV 89521
FREEDOMROAD FINANCIAL, C/O WAYFINDER BK LLC, PO BOX 51571, BIN 51571, Los Angeles, CA 90051-5871
FREEDOMROAD FINANCIAL, C/O WAYFINDER BK LLC, PO BOX 64090, TUCSON, AZ 85728
HUTCHENS LAW FIRM, BANKRUPTCY DEPARTMENT, PO BOX 2505, FAYETTEVILLE, NC 28302
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346

JPMORGAN CHASE BANK NA, S/B/M/T CHASE BANK USA NA, C/O ROBERTSON ANSCHUTZ & SCHNEID PL, 6409 CONGRESS AVENUE SUITE 100, BOCA RATON, FL 33487
JPMORGAN CHASE BANK NA, S/B/M/T CHASE BANK USA NA, PO BOX 15368, Wilmington, DE 19850
KIMBERLYNE GREENWOOD ROUNDTREE, STEVEN DEVAN ROUNDTREE, 8456 TWICKENHAM TERRACE, HARRISBURG, NC 28075
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
MICHAEL ROUNDTREE, 8456 TWICKENHAM TERRACE, HARRISBURG, NC 28075
NAVIENT SOLUTIONS INC, PO BOX 9640, WILKES BARRE, PA 18773
NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773
NAVY FEDERAL CREDIT UNION, ATTN BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
NEXSEN PRUET, PLLC, LAKE POINT, 701 GREEN VALLEY ROAD, SUITE 100, GREENSBORO, NC 27402
NISSAN MOTOR ACCEPTANCE CORP, PO BOX 660366, DALLAS, TX 75266
NISSAN MOTOR ACCEPTANCE CORPORATION, PO BOX 9013, Addison, TX 75001
PIEDMONT ADVANTAGE CREDIT UNION, 3530 ADVANTAGE WAY, WINSTON SALEM, NC 27103
SYNCHRONY BANK, PO BOX 965064, ORLANDO, FL 32896-5064
SYNCHRONY BANK, PRA RECEIVABLES MANAGEMENT LLC, PO BOX 41021, NORFOLK, VA 23541
U.S. ATTORNEY'S OFFICE, 227 WEST TRADE ST., STE. 1650, CHARLOTTE, NC 28202
US DEPT OF ED/GLELSI, 2401 INTERNATIONAL LANE, MADISON, WI 53704
US DEPT OF EDUCATION, PO BOX 7860, MADISON, WI 53707
USAA FEDERAL SAVINGS BANK, 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX 78288

Total Served: 51